IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-409-WKW [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On May 23, 2018, the Magistrate Judge filed a Recommendation (Doc. # 23) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 23) is ADOPTED;

2. Plaintiff's motion for a preliminary injunction (Doc. # 2) is DENIED; and

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 29th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE