IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DALE ALVERSON, #132431, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:18-cv-409-ECM |
| ) | (WO) |
| JEFFERSON S. DUNN and ) | |
| OFFICER COTTON, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On September 7, 2021, the Magistrate Judge entered a Recommendation (doc. 50) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

Done this 27th day of September, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE